UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILIO PINERO,<br>    Plaintiff,<br>vs.<br><br>CANTELOP PROPERTIES 7, LTD.,<br>    Defendant(s). | Case No.: 22-cv-23058-DPG |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, CANTELOP PROPERTIES 7, LTD., by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Rene Gonzalez-Llorens
Rene Gonzalez-Llorens (FBN: 53790)
    *Attorney for Defendant*
SHUTTS & BOWEN LLP
200 S. Biscayne Blvd., Ste., 4100
Miami, Florida 33131
(305) 347-7337
RLlorens@Shutts.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com