UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

CANTELOP PROPERTIES 7, LTD.,
    Defendant.

Case No: 22-cv-23058-DPG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, CANTELOP PROPERTIES 7, LTD.

Plaintiff, EMILIO PINERO, and Defendant, CANTELOP PROPERTIES 7, LTD., by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, CANTELOP PROPERTIES 7, LTD., with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Rene Gonzalez-Llorens
Rene Gonzalez-Llorens (FBN: 53790)
   *Attorney for Defendants*
Shutts & Bowen LLP
200 S. Biscayne Boulevard, Ste. 4100
Miami, Florida 33131
(305) 347-7337
rllorens@shutts.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com